IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rebeca Santiago,

    Plaintiff(s),

vs.

Meyer Tool, Inc.,

    Defendant(s).

Case Number: 1:19cv32

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 23, 2019 a Report and Recommendation (Doc. 26). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 27) and the defendant filed a response to the objections (Doc. 29).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted..

Accordingly, defendant's partial motion for judgment on the pleadings (Doc. 14) is GRANTED in its entirety.

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Judge Susan J. Dlott
    United States District Court