# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| REBECA SANTIAGO, | : | Case No. 1:19-cv-32 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| MEYER TOOL INC., et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 88)

The Court has reviewed the Report and Recommendation (Doc. 88) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b).  As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, Defendants' Motion to Dismiss (Doc. 60) Count Nine of Plaintiff's Amended Complaint for lack of jurisdiction is **DENIED**.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE