IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| REBECCA SANTIAGO, | : | Case No. 1:19-cv-32 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| MEYER TOOL INC., et al., | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:**

The Court DENIES Plaintiff's Motion for Summary Judgment (Doc. 121 & 122) in its entirety and GRANTS IN PART and DENIES IN PART Defendants' Motion for Summary Judgment (Doc. 120). Thus, the Court orders the following:

(1) The Court GRANTS Defendants' Motion for Summary Judgment on Count 2 of Plaintiff's First Amended Complaint relating to Plaintiff's claim of disability discrimination in violation of the American with Disabilities Act. Thus, Count 2 is DISMISSED WITH PREJUDICE.

(2) The Court GRANTS Defendants' Motion for Summary Judgment on Count 3 of Plaintiff's First Amended Complaint relating to Plaintiff's claim of disability discrimination in violation of Ohio Rev. Code § 4112.01, *et seq.* Thus, Count 3 is DISMISSED WITH PREJUDICE.

(3) The Court GRANTS Defendants' Motion for Summary Judgment on Count 4 of Plaintiff's First Amended Complaint relating to Plaintiff's claim of gender-based pay discrimination in violation of the Equal Pay Act. Thus, Count 4 is DISMISSED WITH PREJUDICE.

(4) The Court GRANTS Defendants' Motion for Summary Judgment on Count 6 of Plaintiff's First Amended Complaint relating to Plaintiff's claim of gender-based pay discrimination in violation of the Ohio Rev. Code§ 4111.17. Thus, Count 6 is DISMISSED WITH PREJUDICE.

(5) The Court GRANTS Defendants' Motion for Summary Judgment on Count 7 of Plaintiff's First Amended Complaint relating to Plaintiff's claim of retaliation in violation of the Family and Medical Leave Act. Thus, Count 7 is DISMISSED WITH PREJUDICE.

(6) The Court GRANTS Defendants' Motion for Summary Judgment on Count 11 of Plaintiff's First Amended Complaint relating to Plaintiff's claim of hostile work environment in violation of the Americans with Disabilities Act. Thus, Count 11 is DISMISSED WITH PREJUDICE.

(7) Because the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, such claims are DISMISSED WITHOUT PREJUDICE. Therefore, this case is TERMINATED from the Court's docket.

Dated: August 30, 2022.                            Richard W. Nagel, Clerk of Court
                                                   By: */s/ Kellie A. Fields*
                                                       Deputy Clerk