IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| REBECA SANTIAGO, | : | Case No. 1:19-cv-32 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| MEYER TOOL INC., et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 149)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 149), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety and **ORDERS** the following:

1. Plaintiff's Motion to Vacate Costs pursuant to Fed. R. Civ. P. 6(b)(1)(B), Fed. R. Civ. P. 60(b)(1), and Fed. R. Civ. P. 59(e) (Doc. 146) is **DENIED AS MOOT**;

2. Plaintiff's request to file additional objections to the Clerk's taxation of costs is **DENIED**;

3. Defendants' request for "full costs" is **DENIED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND