IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| REBECA SANTIAGO, | : | Case No. 1:19-cv-32 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| MEYER TOOL INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION**
**(Doc. 154)**

The Court has reviewed the Supplemental Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 154), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety and **ORDERS** the following:

1. Plaintiff's motion filed pursuant to Fed. R. Civ. P. 54(d)(1) to vacate costs (Doc. 146; *see also* Supporting Documentation, Docs. 150, 153) is **GRANTED IN PART** allowing a 50% reduction in the costs awarded against her ($2,880.65) and **DENIED IN PART** as to a total reduction in cost.

2. The parties are encouraged to devise a mutually satisfactory payment plan taking into account Plaintiff's modest means and outstanding tax debts.

IT IS SO ORDERED.

          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF OHIO

By: *[signature]*
          JUDGE MATTHEW W. McFARLAND